DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIK KELLY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2513

[June 13, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul Backman, Judge; L.T. Case No. 09-009815 CF10A, 09-010287 CF10A and 09-017341 CF10A.

Erik Kelly, Cross City, pro se.

Ashley B. Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***